JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
Attorney for Defendants,
*SPINNAKER INSURANCE COMPANY
and COTERIE INSURANCE AGENCY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEO LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SPINNAKER INSURANCE COMPANY, a foreign corporation doing business in the State of Nevada; COTERIE INSURANCE AGENCY, LLC, a Delaware limited liability company; DOES I through X, and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00011-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear its own fees and costs.

No trial date has been set in this matter.

| | |
|---|---|
| Dated this 2nd day of May, 2024. | Dated this 2nd day of May, 2024. |
| LEVERTY & ASSOCIATES LAW CHTD. | PYATT SILVESTRI |
| /s/ Patrick R. Leverty | /s/ James P. C. Silvestri |
| PATRICK R. LEVERTY, ESQ.<br>Nevada Bar No. 8840<br>3100 W. Charleston Blvd., Suite 200<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff | JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorney for Defendant |

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on this 2nd day of May, 2024, I received concurrence from Plaintiff's counsel, Patrick R. Leverty, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 2nd day of May, 2024.

/s/ James P. C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

[signature]
DISTRICT JUDGE

Respectfully submitted by:

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorney for Defendants,
*COTERIE INSURANCE AGENCY and*
*SPINNAKER INSURANCE COMPANY*